# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 5, 2013

### NO. 03-13-00046-CV

**Natalie Phillips, Appellant**

**v.**

**Jane Doe, as next friend of John Doe, a minor, Appellee**

---

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES GOODWIN AND FIELD
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE FIELD**

---

**THIS DAY** came on to be submitted to this Court the parties' joint motion to dismiss the appeal in the above cause, and the Court having fully considered said motion, and being of the opinion that same should be granted: **IT IS THEREFORE** considered, adjudged and ordered that said motion is granted, and that the appeal is dismissed. It is **FURTHER** ordered that the appellant pay all costs relating to this appeal, both in this Court and the court below; and that this decision be certified below for observance.